# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF THE SEIZURE
OF SEVERAL BANK ACCOUNTS,

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                            Case No. 3:06-cr-00261-DRD

JUAN CARLOS MARCIALES CUBILLOS,
et al.,

    Defendants.
_____/

## REQUEST FOR ADMISSION "PRO HAC VICE"

**TO THE HONORABLE COURT**:

**COMES NOW, Harold E. Patricoff,** Counsel for Profesionales de Bolsa, S.A., and pursuant to Local Rule 83.1(f), hereby requests admission **"PRO HAC VICE"**, in order that I may be permitted to appear and participate in the case of caption jointly with Harold D. Vicente-Colón, Esq. of the Law Offices of Vicente & Cuebas.

1. I am an attorney and a member of the law firm of Shutts & Bowen LLP, with offices at 1500 Miami Center, 201 S. Biscayne Boulevard, Miami, Florida 33131.

2. I will sign all pleadings with the name Harold E. Patricoff, Esq.

3. I have been retained by interested party, Profesionales de Bolsa, S.A., to appear in the case of caption jointly with Harold D. Vicente-Colón, Esq., of Vicente & Cuebas Law Firm; who in the present motion and according to Local Rule 88.3(f) give their written consent to such designation.

MIADOCS 2429710 1

4. I hereby state that I am a resident of the state of Florida and I am a member in good standing of the Bar of the State of Florida, wherein I was admitted in 1985. My bar license number is 508357.

5. I am also admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court for the Southern District of Florida | December 18, 1986 |
| U.S. District Court for the Middle District of Florida | January 20, 1987 |
| U.S. Court of Appeals for The Federal Circuit | August 24, 1992 |

6. I am a member in good standing of the bars of the courts listed in paragraph 5.

7. I am not currently suspended from the practice of law before any court or jurisdiction.

8. I am not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. I have not been previously admitted "pro hac vice" before this Honorable Court.

10. The local counsel of record will be:

Harold D. Vicente-Colón, Esq.
USDC-PR 211805
hdvc@vc-law.net

Vicente & Cuebas
PO Box 11609
San Juan PR 00910-1609

Tel: 787-751-8000
Fax: 787-756-5250

11. I have read and the local rules of this Court and will comply with the same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, it is respectfully requested that this Honorable Court grant the present motion and admit Harold E. Patricoff "**PRO HAC VICE**" in the case of caption.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of November, 2007.

By: _____
Harold E. Patricoff

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: 11/27/07

**VICENTE & CUEBAS**
PO Box 11609
San Juan, PR 00910-1609
Tel. (787) 751-8000
Fax: (787) 756-5250


Harold D. Vicente, Esq.
USDC-PR 117711
e-mail: hvicente@vc-law.net


*/s/ Harold D. Vicente-Colón*
Harold D. Vicente-Colón, Esq.
USDC-PR 211805
e-mail: hdvc@vc-law.net

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $150.00 pro hac vice admission fee.

*/s/*

Signature of Applicant